# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136745

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANCES HOLMES,
     Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
     Defendant-Appellee.

SC: 136745
COA: 281446
WCAC: 06-000196

_____/

On order of the Court, the application for leave to appeal the May 13, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

t0828